# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  03-cv-00533 REB-PAC

DAVID P. STEVENS,

    Petitioner,

v.

ARI ZAVARAS, Director, Colorado Department of Corrections,[1]
RICK SOARES, Warden, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## ORDER GRANTING APPLICATION FOR WRIT OF HABEAS CORPUS

**Blackburn, J.**

This matter is before me on the petitioner's **Unopposed Motion for Entry of Conditional Writ of Habeas Corpus** [#40], filed March 30, 2007.  I grant the motion.

On October 18, 2006, the United States Court of Appeals for the Tenth Circuit reversed my decision denying David P. Stevens's petition for writ of habeas corpus in the above-captioned case.  See **Stevens v. Ortiz**, 465 F.3d 1229 (10th Cir. 2006).  The Tenth Circuit remanded this case to me for entry of the writ of habeas corpus.  **Id.** at 1242.  The mandate was stayed pending the respondents' filing of a petition for writ of certiorari with the United States Supreme Court.  The Supreme Court denied the respondents' petition for writ of certiorari on March 19, 2007, and the Tenth Circuit's mandate now is effective. The parties ask that I enter an order granting Mr. Stevens's petition for writ of habeas

---

[1] Under FED. R. CIV. P. 25(d)(1), Ari Zavaras, the current Director of the Colorado Department of Corrections, has been substituted for Joseph Ortiz, the former Director of the Colorado Department of Corrections, and John Suthers, the current Attorney General of the State of Colorado, has been substituted for Ken Salazar, the former Attorney General of the State of Colorado.

corpus, vacating Mr. Stevens's convictions in District Court for Adams County, Colorado, in case number 95CR281, and ordering that Mr. Stevens be released from custody as to those convictions unless retrial proceedings are commenced in the state court within 90 days.

**THEREFORE, IT IS ORDERED** as follows:

1. That the petitioner's **Unopposed Motion for Entry of Conditional Writ of Habeas Corpus** [#40], filed March 30, 2007, is **GRANTED**;

2. That David P. Stevens's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [# 1], filed March 27, 2003, is **GRANTED** on the terms stated in this order;

3. That David P. Stevens's criminal convictions for 1) first-degree murder after deliberation, in violation of §18-3-102, C.R.S.; 2) conspiracy to commit first-degree murder, in violation of §18-2-201, C.R.S.; and 3) solicitation to commit first-degree murder, in violation of §18-2-301, C.R.S., entered in case number 95CR281, in the District Court for Adams County, Colorado, are **VACATED**, subject to re-trial; and

4. That if the respondents or other authorities of the state of Colorado have not commenced retrial proceedings against David P. Stevens in case number 95CR281, in the District Court for Adams County, Colorado, on or before July 11, 2007, then David P. Stevens **SHALL BE RELEASED** from custody as to all charges pending against him in case number 95CR281.

Dated April 11, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
**United States District Judge**