**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 6 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO.   03-cv-00533-REB

David P. Stevens,
       Plaintiff(s),

vs.

Joe Ortiz, Exutive Director, and
The Attorney General of the State of Colorado.
       Defendant(s).

---

### ORDER RETURNING STATE COURT RECORD

---

On careful examination of the record, by mandate, judgment was reversed and the case is remandaed back to the State Court for further proceedings.  It is, therefore,

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, October 12, 2007.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

Re:  03-cv-00533-REB

## <u>CERTIFICATE OF MAILING</u>

The undersigned hereby certifies that on the below date a copy of an

order returning State Court Record signed by  Judge, Robert E. Blackburn, was mailed

to the following on _____October 16, 2007_____.

Adams County Court
Adams County Justice Center
1100 Judicial Center Drive
Brighton, Colorado 80601

By: _____
         Deputy Clerk